**UNITED STATES DISTRICT COURT**
**District of Maine**

| | |
|---|---|
| **CLEVELAND O. CRUTHRIDS,** )<br>    Petitioner, )<br> )<br>v. )<br> )<br> )  No. 1:20-cv-00249-GZS<br>**STATE OF MAINE,** )<br> )<br>    Respondent )<br> )<br> ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on January 5, 2021, his Recommended Decision (ECF No. 13). Petitioner filed his Objection to the Recommended Decision (ECF No. 14) on January 19, 2021.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is **ORDERED** that an evidentiary hearing is not warranted under Rule 8 of the Rules Governing Section 2254 Cases.

3. It is **ORDERED** that Petitioner's Petition for Habeas Relief under 28 U.S.C. §2254 (ECF No. 1) is **DISMISSED**.

4.       It is **ORDERED** that a certificate of appealability shall be denied because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. §2253(c)(2).

/s/George Z. Singal  
U.S. District Judge

Dated this 22nd day of January, 2021.